# 728 CASES REPORTED WITH BRIEF SYLLABI.

UNITED CIGAR STORES COMPANY OF AMERICA, Respondent, v. LEOPOLD ALTMAN, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of ELIZABETH SIEGEL, Respondent, v. SOLOMON SCHATZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER WOLF, Respondent, v. BERMAN'S STRATHMORE HOTEL, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS TAYLOR, Otherwise Known as THOMAS ROBERTS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM C. TOOMEY, Appellant, v. AUTOMATIC MOVIE DISPLAY CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LINA HOBERG, Respondent, v. A. SOFRANSCY, Doing Business, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.; Dowling, P. J., dissents.

In the Matter of the Application for the Opening of the Probate of the Will and Codicil of HENRY F. ELIAS, Deceased.— Orders reversed, with ten dollars costs and disbursements, and motion to vacate decree denied, with ten dollars costs. The contestants have not shown facts sufficient to afford a substantial basis for contesting the will and that reasonable probability of success to justify the opening of a decree admitting a will to probate. (*Matter of Leslie*, 175 App. Div. 108, 112.) Certain inferences upon which respondents rely either have been shown not to exist or have been satisfactorily explained. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Petition of RAY DONA KUBA, Appellant, to Compel HYMAN M. EPSTEIN, Respondent, an Attorney and Counselor at Law, to Turn over Various Stocks, Bonds, Papers, Moneys, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and respondent directed to be recommitted. Respondent has failed in setting forth facts and in furnishing sufficient proof of those facts to justify the court's discretion pursuant to section 775 of the Judiciary Law. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PIETROWSKI & KONOP COMPANY, INC., v. C. S. & K. CONSTRUCTION CO., INC., and Another. — Motion denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BELL INVESTMENT CO., INC., v. H. & E. HOLDING CO., INC., and Others, Impleaded with FLORINE R. STERNBERGER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH ORLINSKY v. JULIUS BACHRACH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before December 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.